UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
15 JAN 12 PM 3: 11
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT JOSEPH HOWELL, )<br>)<br>Defendant. ) | Cause No. 3:15-cr-<br><br>3:15-cr-0001 RLY-WGH |

### MEMORANDUM OF PLEA AGREEMENT

The United States of America, by counsel, Josh J. Minkler, Acting United States Attorney for the Southern District of Indiana, and by James M. Warden, Assistant United States Attorney, and the Defendant ROBERT JOSEPH HOWELL, in person, hereby inform the Court that a Plea Agreement has been reached in this cause pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B) and the following are its terms and conditions:

1. ROBERT JOSEPH HOWELL agrees to plead guilty as charged to the Information, which charges that the Defendant did willfully fail to file a tax return, in violation of Title 26, United States Code, Section 7203. This misdemeanor offense may be punished by a term of imprisonment of up to one year, a fine of not more than $100,000, and a term of supervised release of not more than one year following any term of imprisonment. The elements of this offense as charged are:

First, the Defendant was a person required by law to file an individual income tax return for the calendar year 2012;

1

Second, the Defendant failed to file the return as required by law; and

Third, the Defendant acted willfully, that is, he knew that he was required by law to file an income tax return and intentionally failed to do so.

2. ROBERT JOSEPH HOWELL agrees and understands that the Court will use its discretion to fashion a sentence within the statutory range set forth in Paragraph 1. ROBERT JOSEPH HOWELL agrees and understands that the Court will consider the factors set forth in 18 U.S.C. § 3553(a) in determining the appropriate sentence within the statutory range. ROBERT JOSEPH HOWELL agrees and understands that the Court will also consult and take into account the United States Sentencing Guidelines ("Sentencing Guidelines" or "U.S.S.G.") in determining the appropriate sentence within the statutory range. ROBERT JOSEPH HOWELL agrees and understands that the Sentencing Guidelines are not mandatory or binding on the Court, but are advisory in nature. ROBERT JOSEPH HOWELL agrees and understands that the final determination of the sentence, including the applicable advisory guideline calculation, criminal history category, and advisory sentencing guideline range will be made by the Court. ROBERT JOSEPH HOWELL acknowledges that this Plea Agreement is governed by Federal Rule of Criminal Procedure 11(c)(1)(B) and that the determination of his sentence is within the discretion of the Court. He understands that if the Court decides to impose a sentence higher or lower than any recommendation of either party, or determines a different advisory sentencing guideline range applies in this case, or decides to depart from the otherwise applicable advisory sentencing

guideline range, then he will not be permitted to withdraw his plea of guilty for that reason and will be bound by his plea of guilty.

3. ROBERT JOSEPH HOWELL will pay a total of $25.00 on the date of sentencing or as ordered by the Court to the Clerk, United States District Court, which amount represents the mandatory special assessment fee imposed pursuant to Title 18, United Sates Code, Section 3013.

4. ROBERT JOSEPH HOWELL agrees that as of the date of filing of this Plea Agreement he will provide all requested financial information to the Financial Litigation Unit of the United States Attorney's Office for the Southern District of Indiana for use in the collection of any fines and restitution imposed by the Court, and authorizes the Financial Litigation Unit to obtain credit reports relating to ROBERT JOSEPH HOWELL for use in the collection of any fines and restitution imposed by the Court.

5. At the time of sentencing, the government is free to recommend any lawful sentence it deems appropriate. The government reserves the right to present evidence and argument on the issue of sentence.

6. In return for the plea of guilty to the Information entered by ROBERT JOSEPH HOWELL, the United States Attorney's Office for the Southern District of Indiana agrees to seek no other charges against him only with respect to the circumstances surrounding the matters charged in the Information and the specific matters formally disclosed to him in July 2014.

7. At the time of sentencing, the government will make known to the Court, the nature, extent, and timing of the acceptance of the responsibility demonstrated by ROBERT JOSEPH HOWELL.

8. The Defendant is free to request any lawful sentence he deems appropriate and reserves the right to present evidence and argument in such regard.

9. The parties agree that the imposition of a fine in this case is left to the discretion of the Court.

10. The Defendant acknowledges that the tax loss in this case for criminal prosecution purposes, including imposition of sentence, is $66,603. ROBERT JOSEPH HOWELL agrees to pay the full criminal tax loss amount of $66,603 to the Internal Revenue Service and agrees that such obligation will be a condition of his supervised release, if supervised release is imposed by the Court. The tax loss payments shall be fully allocated for tax year 2012. ROBERT JOSEPH HOWELL also agrees to cooperate with the Internal Revenue Service with regard to any civil or administrative investigation regarding the matters covered in the Information.

11. ROBERT JOSEPH HOWELL understands that he has a statutory right to appeal the conviction and sentence imposed and the manner in which the sentence was determined. Acknowledging this right and in exchange for the concessions made by the United States in this Plea Agreement, he agrees that in the event the Court sentences him consistent with the Plea Agreement, then he expressly waives his right to appeal the conviction and sentence

imposed in this case on any ground, including the right to appeal conferred by Title 18, United States Code, Section 3742. Additionally, ROBERT JOSEPH HOWELL expressly agrees not to contest, or seek to modify, his conviction or his sentence or the manner in which it was determined in any proceeding, including, but not limited to, an action brought under 28 U.S.C. § 2255. This Section 2255 waiver does not encompass claims that ROBERT JOSEPH HOWELL received ineffective assistance of counsel in the negotiation of the plea or plea agreement

12. Pursuant to Section 6B1.4 of the Sentencing Guidelines, the parties agree to the stipulation below. The parties are free to argue the applicability of any other sentencing guidelines provisions not inconsistent with these stipulations. The parties understand and agree that this stipulation is binding on the parties but is only a recommendation to the Court and that the Court will determine the advisory sentencing guidelines applicable in this case. The parties agree that no stipulation regarding any factors in Chapter 4, Criminal History Category, of the sentencing guidelines has been made and that such determination will be made by the Court:

    a.    Base Offense Level (2T1.1 and 2T4.1(E))    14

    b.    Acceptance of Responsibility (3E1.1(a))    - 2

13. ROBERT JOSEPH HOWELL acknowledges that no threats, promises, or representations have been made, nor agreements reached, other than those set forth in this document, to induce ROBERT JOSEPH HOWELL to plead guilty. This document is the complete and only Plea Agreement between

the Defendant and the United States Attorney for the Southern District of Indiana and is binding only on the parties to this agreement, supersedes all prior understandings, if any, whether written or oral, and cannot be modified except in writing, signed by all parties and filed with the Court, or on the record in open Court.

Respectfully submitted,

JOSH J. MINKLER
Acting United States Attorney

09 JAN 15
Date

By: *(signature)*
James M. Warden
Assistant United States Attorney

1.9.15
Date

By: *(signature)*
Winfield D. Ong
Acting Chief, Criminal Division

01/08/2015
Date

*(signature)*
Robert Joseph Howell
Defendant

6

## STATEMENT OF THE DEFENDANT

I have read the entire Plea Agreement.

I understand all the terms of the Plea Agreement and those terms correctly reflect the results of plea negotiations.

I am freely and voluntarily pleading guilty in this case.

I am pleading guilty as set forth in this Plea Agreement because I am guilty of the crime(s) to which I am entering my plea(s).

I understand that I have the right to appeal any conviction and sentence that I receive, unless I have waived my right to appeal as part of this Plea Agreement. If I have not waived my right to appeal, I understand that I must file a Notice of Appeal within 14 days of the entry of the judgment in this case; I further understand that the Clerk of the Court will prepare and file a Notice of Appeal on my behalf if I ask that to be done. I also understand that the United States has the right to appeal any sentence that I receive under this Plea Agreement.

Finally, I understand that if I provide or cause to be provided materially false information to a judge, magistrate-judge, or probation officer, then Section 3C1.1 of the Sentencing Guidelines allows the Court to impose a two (2) level increase in the offense level.

01/08/2015
Date

*/s/ Robert Joseph Howell*
Robert Joseph Howell
Defendant